## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LINDA CONSTRUCTION, INC., | ) |
| | ) |
| | ) No. 13 C 4465 |
| Plaintiff/Counter Defendant, | ) |
| | ) Magistrate Judge Rowland |
| v. | ) |
| | ) |
| | ) |
| EXCATATING, GRADING, ASPHALT, | ) |
| PRIVATE SCAVENGERS, AUTOMOBILE | ) |
| SALESROOM GARAGE ATTENDANTS AND | ) |
| LINEN AND LAUNDRY DRIVERS, | ) |
| LOCAL NO. 731, INTERNATIONAL | ) |
| BROTHERHOOD OF TEAMSTERS, | ) |
| | ) |
| Defendant/Counter Plaintiff. | ) |

## **MOTION FOR JUDGMENT IN SUM CERTAIN**

Defendant/Counter Plaintiff Excavating, Grading, Asphalt, Private Scavengers, Automobile Salesroom Garage Attendants and Linen and Laundry Drivers, Local No. 731, International Brotherhood of Teamsters ("Local 731") by and through their attorneys, Dowd, Bloch, Bennett & Cervone, pursuant to pursuant to Fed. R. Civ. P. 55, respectfully request this Honorable Court to enter a Judgment in Sum Certain in favor of Counter Plaintiff and against Plaintiff/Counter Defendant, Linda Construction, an Illinois corporation, ("Linda Construction") as to Local 731's Counterclaim.

In support thereof, Local 731 states:

1. Linda Construction filed its initial action on June 18, 2013.

2. Local 731 filed its Counterclaim on September 4, 2013 to enforce eight (8) grievance awards entered against Linda Construction pursuant to the collective bargaining

agreement between the parties by the Labor/Management Committee ("LMC") composed of two union representatives and two employer representatives. The LMC issued awards on each of the grievances. (See Docket Entry #6.)

3. After multiple warnings to obtain counsel, this Honorable Court entered an order on October 2, 2014 dismissing Linda Construction's Complaint with prejudice. This Honorable Court also entered default judgment against Linda Construction and in favor of Local 731 on Local 731's Counterclaim, ordered the parties to attempt to reach a settlement, and ordered Local 731 to inform this Honorable Court and file documents in favor of its request for damages if the parties were unable to reach a settlement. (Docket Entry #64.)

4. Local 731, through counsel, made a settlement demand of Linda Construction on or about October 6, 2014 by First Class Mail and electronic mail to its president, Jessie L. McGee. The parties have not been able to reach settlement.

5. When a defendant is defaulted, factual allegations in the complaint are deemed admitted. *U.S. v. Di Mucci*, 879 F.2d 1488, 1497 (7th Cir. 1989). No hearing on damages is necessary when the amount claimed is easily proved by documentation and affidavit. *Dundee Cement Co. v. Howard Pipe & Concrete Prods.*, 722 F.2d 1319, 1323 (7th Cir. 1983).

6. Per the declaration of Thomas Browne, Business Representative with Local 731, Linda Construction owes Local 731 $9,000.54 in damages on the eight (8) grievance awards. For those awards awarding three days' pay, Browne's declaration explains that the liquidated value of that award is $613.68, consisting of three eight-hour days paid at $25.57 per hour. The remaining awards state liquidated dollar values on their faces. (See Declaration of Thomas Browne, attached hereto as Exhibit 1.)

10. Article XIX Section 3 of the Transfer Trailer Addendum portion of the CBA

(Exhibit A to the Declaration of Thomas Browne at 45) provides that "[i]n the event that a Labor/Management Committee or arbitration award is unfulfilled by either party within seven (7) days of issue, the non-compliant party shall be assessed a ten percent (10%) penalty and shall pay all costs incurred in enforcing the award, including professional fees, provided the decision in not set aside by a court of law." Local 731 seeks damages under this section as follows:

(a) a ten percent penalty in the amount of $900.05; and

(b) per the affidavit of Josiah A. Groff, attorney for Plaintiffs, $10,772.50 in legal fees and $109.97 in expenses incurred in this suit. (Exhibit 2.) As described in that affidavit, by letter of October 6, 2014, Local 731 provided Linda Construction with the opportunity to object to these fees incurred through that date, but Linda Construction has not provided an objection.

**WHEREFORE**, Plaintiffs pray for:

1. An Order of Default against the Defendant.

2. Final judgment be rendered in the amount of $20,783.06 in favor of Defendant/Counter Plaintiff Excavating, Grading, Asphalt, Private Scavengers, Automobile Salesroom Garage Attendants and Linen and Laundry Drivers, Local No. 731, International Brotherhood of Teamsters and against Plaintiff/Counter Defendant Linda Construction on Local 731's Counterclaim, in the form of the attached proposed order or otherwise; and

3. Such other and further relief as this Honorable Court deems necessary and just.

Robert E. Bloch (#6187400)　　　　　　　　　　　　Respectfully Submitted,
Josiah A. Groff (#6289628)
Dowd, Bloch, Bennett & Cervone　　　　　　**LOCAL NO. 731, INTERNATIONAL**
8 S. Michigan Ave. – 19th Floor　　　　　　　**BROTHERHOOD OF TEAMSTERS**
Chicago, IL 60603
(312) 372-1361　　　　　　　　　　　　　　　　/s/ Josiah A. Groff
　　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

October 30, 2014